275 So.2d 690

**In re STATE of Alabama**

**v.**

**GM & O LAND CO., a corp.**

**Ex parte State of Alabama.**

**SC 284.**

Supreme Court of Alabama.

April 5, 1973.

William J. Baxley, Atty. Gen., Willard W. Livingston, Counsel, Dept. of Revenue and Asst. Atty. Gen., and Philip C. Davis, Asst. Counsel, Dept. of Revenue and Asst. Atty. Gen., for the State.

M. R. Nachman, Jr., Montgomery, for respondent.

BLOODWORTH, Justice.

Petition of the State for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in State of Alabama v. GM & O Land Co., a Corp., 49 Ala.App. 707, 275 So.2d 687.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.

273 So.2d 214

**In re STATE of Alabama**

**v.**

**HUNT OIL COMPANY, a corporation.**

**Ex parte HUNT OIL COMPANY, a corporation.**

**SC 231.**

Supreme Court of Alabama.

Feb. 15, 1973.

Fontaine M. Howard, of Capell, Howard, Knabe & Cobbs, Montgomery, for petitioner.

JONES, Justice.

Petition of Hunt Oil Company, a Corporation, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in State of Alabama v. Hunt Oil Company, a Corp., 49 Ala.App. 445, 273 So.2d 207.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.